UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

NICOLE TELFORT

                    Plaintiff,

    v.

ALLIED INTERSTATE, LLC

                    Defendant.

Civil Action No. 15-658 (KM)

**ORDER OF DISMISSAL**

---

**KEVIN MCNULTY, U.S.D.J.:**

    **IT APPEARING** that Plaintiff, Nicole Telfort, through her counsel David P. Force, Esq. initiated this action by filing a Complaint in this Court on January 30, 2015 and Summons were issued on February 3, 2015 (ECF No. 1, 2); it further

    **APPEARING** that Plaintiff has not effectuated service of Summons and Complaint upon the Defendant in accordance with Fed. Civ. Rule 4 within 120 days of filing the Complaint; it further

    **APPEARING** that Plaintiff has failed to file proof of effectuated service of the Summons and Complaint upon the Defendant or SHOW CAUSE in writing by August 28, 2015 why Plaintiff's Complaint should not be dismissed without prejudice;

    **IT IS** on this ___ day of September, 2015,

    **ORDERED** that Plaintiffs' Complaint is dismissed without prejudice for lack of prosecution.

    **IT IS FURTHER ORDERED** that the Clerk of the Court close its file in this matter.

                                                **KEVIN MCNULTY**
                                              **United States District Judge**